## Smith *v.* Wernett, et al., Appellants.

Argued March 24, 1975. *Daniel F. Zeigler,* with him *John P. Lavelle,* and *Shutack, Lavelle & Lavelle,* for appellants; *A. Roberti,* with him *Roger N. Nanovic,* and *Nanovic & McKinley,* for appellee.

Judgment affirmed.

## Thomas, Appellant, *v.* Southeastern Pennsylvania Transportation Authority, et al.

opinion by HIRSH, J. Argued March 21, 1975. *George J. O'Neill,* for appellant; *Lewis H. Van Dusen, Jr.,* with him *Joseph F. Keener, Jr., Emil F. Toften, James Ciamaichelo,* and *Norman M. Hegge, Jr.,* for appellees.

Judgment affirmed.

## Valerio et ux. *v.* Host Enterprises, Inc., Appellant.

order by HIRSH, J. Argued March 17, 1975. *F. Hastings Griffin, Jr.,* with him *Lawrence L. Robinson* and *Joseph R. Thompson,* for appellant; *Howard Wallner,* for appellees.

Order affirmed.

## Van Stavern, Appellant, *v.* Van Stavern.